David F. Mitchell, *et al.,* Appellants, v. Harry Mason, Appellee.

An Appeal from the Circuit Court for Duval County.

Appeal dismissed on motion of counsel for Appellee.

*David F. Mitchell,* for Appellants;

*John G. T. Crawford,* for Appellee.

---

David F. Mitchell, Appellant, v. Harry Mason, Appellee.

An Appeal from the Circuit Court for Duval County.

Appeal dismissed on motion of counsel for Appellee.

*David F. Mitchell,* for Appellant;

*John G. T. Crawford,* for Appellee.

---

Dekle Land Company, a Corporation, Appellant, v. G. W. Watts, Tax Collector, etc., Appellee.

An Appeal from the Circuit Court for Washington County.

Appeal dismissed on motion of counsel for Appellant.

*James M. Daniel,* for Appellant;

*Carter & Solomon,* for Appellees.